UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

```
_____X
ANDREW BARATI                       :     CIVIL ACTION
        Plaintiff                   :     NO. 3:10cv01756-JBA
VS.                                 :
METRO-NORTH RAILROAD COMPANY,       :
        Defendant                   :     APRIL 3, 2012
_____X
```

## PLAINTIFF'S MOTION FOR ATTORNEY FEES AND COSTS

Judgment in his favor having been entered on March 20, 2012 (see Document No. 129), the plaintiff Andrew Barati qualifies as a prevailing party under the Federal Rail Safety Act, 49 U.S.C. 20109, and thus, pursuant to F.R.Civ.P. 54(d)(2) and 49 U.S.C. 20109(e)(2)(C), hereby moves for an Order awarding him the full amount of his attorney fees and costs.  A Memorandum in Support of Motion for Attorney Fee and Costs detailing the amount and basis of such fees and costs is being filed along with this Motion, and is hereby incorporated by reference.

Respectfully submitted,

For The Plaintiff,

BY _/s/ Charles C. Goetsch_
Charles C. Goetsch (ct00776)
CAHILL GOETSCH & PERRY, P.C.
43 Trumbull Street
New Haven, Connecticut 06510
Tel: (203) 777-1000
Fax: (203 865-5904
charlie@trainlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on April 3, 2012, a copy of the foregoing document was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

_/s/ Charles C. Goetsch_
Charles C. Goetsch