# ATTORNEYS FEES

03/30/2012 Barati v Metro North Railroad Company trial time records

**CCG**

Minutes

| | | |
|---|---|---|
| 180 | 10/03/08 | 3 hours review of docs, trial transcript, drafting of OSHA complaint |
| 45 | 10/04/08 | 45 min conf with P re OSHA complaint |
| 60 | 10/04/08 | 1 hour final drafting and editing of OSHA complaint |
| 10 | 10/15/08 | 10 min telephone conf with OSHA Teri Wigger |
| 30 | 02/21/09 | 30 min phone conf with P preparing for OSHA Interview |
| 90 | 02/23/09 | 1.5 hrs meeting with OSHA Investigator Teri Wiggers interviewing P |
| 30 | 02/24/09 | 30 min draft of supplemental FRSA complaint |
| 25 | 03/17/09 | 25 phone conf with OSHA Inv Terr Wigger re element of potential settlement |
| 15 | 04/14/09 | 15 min phone conf with OSHA inv Wigger re MN letter and remedies |
| 10 | 04/17/09 | 10 min phone conf with P re lost sick day benefits |
| 5 | 06/16/09 | 5 min phone conf Teri Wigger |
| 15 | 06/16/09 | 15 min conf with P re adverse action merits |
| 20 | 06/17/09 | 20 min closing conference with OSHA Investigator |
| 45 | 06/18/09 | 45 min review and analysis of OSHA Merit Finding |
| 20 | 06/18/09 | 20 min phone conf with P re OSHA Merit Finding |
| 40 | 07/20/09 | 40 min review and analysis of MN appeal document and position |
| 25 | 07/20/09 | 25 min phone conf with P re MN appeal |
| 60 | 07/28/09 | 1 hr *[½ of 2 hrs]* travel to OSHA Region I HQ for conference with DOL solicitors |
| 150 | 07/28/09 | 2.5 hours conference with DOL Solicitors and Supervisor Inv Mabee re ALJ trial |
| 60 | 07/28/09 | 1 hr *[½ of 2 hrs]* travel from OSHA Region I HQ for conference with DOL solicitors |
| 115 | 10/18/09 | 1 hr 55 min preparation for meeting with Barati re his deposition |
| 180 | 10/18/09 | 3 hrs meeting with Barati to prepare him for his deposition |
| 180 | 10/26/09 | 3 hrs attendance at MN deposition of Barati |
| 70 | 10/28/09 | 1 hr 10 min draft direct exam of Union rep Chris Silvera |
| 80 | 10/29/09 | 1 hr 20 min conference direct exam preparation of witness Silvera |
| 45 | 10/29/09 | 45 min editing of final direct examination of witness Silvera |
| 130 | 11/06/09 | 2 hr 10 min analysis and selection of Trial Exhibits |
| 20 | 11/11/09 | 20 min conference with P re meaning of ALJ stay of his trial |
| 10 | 11/23/09 | 10 min conference with P re options for filing district court |
| 25 | 11/01/10 | 25 min conference with P re decision to file in district court |
| 160 | 11/05/10 | 2 hr 40 min drafting of FRSA District Court Complaint |
| 105 | 11/08/11 | 1 hr 45 min final drafting/editing for filing FRSA Complain |
| 35 | 02/28/11 | 35 min preparation for Judge Status Conference |
| 10 | 02/28/11 | 10 min phone conference with Judge re scheduling |
| 20 | 05/02/11 | 20 min conference with P re discovery |
| 155 | 08/26/11 | 2 hr 35 min draft editing of Reply Brief |
| 65 | 09/22/11 | 1 hr 5 min conference with expert Gavalla re Rule 26 report |
| 190 | 11/19/11 | 3 hr 10 min analysis of evidence and drafting of depo exam for Manager Wagner |
| 200 | 12/30/11 | 3 hrs 20 min drafting Joint Trial Memo |
| 170 | 12/30/11 | 2 hrs 50 min drafting/editing FELA jury instructions |
| 290 | 12/31/11 | 4 hrs 50 min drafting/editing FRSA jury instructions |
| 80 | 01/04/12 | 1 hr 20 min final editing FRSA jury instructions |
| 80 | 01/04/12 | 1 hr 20 min drafting Jury Interrogatories and voir dire |
| 35 | 01/10/12 | 35 min conference with Silvera re trial testimony |
| 230 | 01/11/12 | 3 hr 50 min drafting/editing JTM witnesses, exhibits, objections, disputed issues |
| 35 | 01/12/12 | 35 min preparation settlement conference |
| 145 | 01/13/12 | 2 hr 25 min objections to JTM exhibits and jury instructions |

| | | |
|---|---|---|
| 90 | 01/15/12 | 1 hr 30 min editing JTM points |
| 110 | 01/16/12 | 1 hr 50 min drafting/editing ex parte Memo to Special Master |
| 55 | 01/17/12 | 55 min prep for Special Master Settlement Conference |
| 15 | 01/17/12 | 15 min [½ 30 min] travel to Special Masters Conference |
| 65 | 01/17/12 | 1 hr 5 min Special Masters Conference |
| 15 | 01/17/12 | 15 min [½ 30 min] travel from Special Masters Conference |
| 345 | 01/17/12 | 5 hrs 45 min final drafting/editing of Joint Trial Memo, objections, jury instructions |
| 145 | 01/18/12 | 2 hr 25 min drafting/editing Motion in Limine re Treasure |
| 110 | 01/18/12 | 1 hr 50 min drafting/editing Motion in Limine re Election of Remedies |
| 55 | 01/18/12 | 55 min drafting/editing Memo re Admissibility of MN Employees Rule 801(d)(2)(D) |
| 95 | 01/18/12 | 1 hr 35 min draft/edit Memo re Admissibility of Governmental Reports Rule803(8) |
| 80 | 01/18/12 | 1 hr 20 min final change editing of JTM per MN Atty Beck Fineman |
| 35 | 01/19/12 | 35 min draft/edit Jury Verdict with Accompanying Interrogatories |
| 135 | 01/20/12 | 2 hr 15 min drafting/editing Memo in Opp Motion in Limine re Gavalla |
| 155 | 01/22/12 | 2 hr 35 min MN Wagner cross examination |
| 110 | 01/22/12 | 1 hr 50 min analysis of five MN Memos in Opp re evidentiary points |
| 160 | 01/22/12 | 2 hr 40 min preparation for Final Pretrial Conference re all objections |
| 130 | 01/23/12 | 2 hrs 10 min attendance at Final Pretrial Conference |
| 260 | 01/31/12 | 4 hr 20 min drafting/editing Memo re No Title VII Burden Shifting |
| 160 | 01/31/12 | 2 hr 40 min analysis/drafting Memo re Scope of Gavalla Expert Testimony |
| 65 | 02/01/12 | 1 hr 5 min final drafting/editing Memo re Scope of Gavalla Expert Testimony |
| 170 | 02/02/12 | 2 hrs 50 min research/drafting/editing Supplemental FRSA Jury Charges |
| 130 | 02/04/12 | 2 hr 10 min Chris Silvera direct examination |
| 20 | 02/04/12 | 20 min trial exhibits selection |
| 115 | 02/04/12 | 1 hr 55 min Thomas Murphy trial testimony prep |
| 110 | 02/04/12 | 1 hr 50 min Nick Pellgrino trial testimony prep |
| 95 | 02/05/12 | 1 hr 35 min trial testimony of coworkers admissions |
| 145 | 02/05/12 | 2 hr 25 min drafting/editing Memo In Opp to MN MIL re FRSA Purpose |
| 70 | 02/06/12 | 1 hr 10 min final drafting/editing Memo in Opp to MN MIL re FRSA Purpose |
| 245 | 02/07/12 | 4 hrs 5 min jury selection New Haven District Court |
| 130 | 02/07/12 | 2 hr 10 min initial prep AB for trial testimony |
| 65 | 02/09/12 | 1 hr 5 min Memo Identifying MN witness admissions to be read to Jury |
| 140 | 02/09/12 | 2 hr 20 min drafting/editing Memo in Opp to MN MIL re Emotional Distress |
| 65 | 02/11/12 | 1 hr 5 min prep AB direct examination for trial |
| 55 | 02/13/12 | 55 min final draft/editing Memo re party Admissions for trial use |
| 45 | 02/13/12 | 45 min final draft/editing Memo in Opp re MIL re Emotional Distress |
| 50 | 02/13/12 | 50 min issuing trial subpoenas for MN witnesses |
| 100 | 02/14/12 | 1 hr 40 min final selection/editing Trial Exhibits |
| 190 | 02/15/12 | 3 hr 10 min drafting/editing AB direct examination for trial |
| 130 | 02/16/12 | 2 hr 10 min direct exam of expert Gavalla |
| 80 | 02/18/12 | 1 hr 20 min direct exam of plaintiff |
| 245 | 02/19/12 | 4 hrs 5 min prep of plaintiff AB for trial direct exam and cross |
| 50 | 02/19/12 | 50 min draft/edit direct exam of Union Rep Silvera |
| 235 | 02/23/12 | 3 hrs 55 min draft/edit direct exam expert Gavalla |
| 140 | 02/23/12 | 2 hr 20 min draft/edit Memo in Opp to MN Proposed FRSA Jury Instructions |
| 225 | 02/25/12 | 3 hr 45 min draft/edit cross exam of MN Manager Wagner |
| 235 | 02/26/12 | 3 hrs 55 min draft/edit cross exam of MN Manager Wagner |
| 140 | 02/27/12 | 2 hr 20 min draft/edit cross exam of MN Manager Wagner |
| 160 | 03/01/12 | 2 hr 40 min final draft/edit of MN Manager Wagner cross exam |
| 65 | 03/01/12 | 1 hr 5 min final editing of Memo in Opp to MN Proposed FRSA jury instructions |
| 85 | 03/02/12 | 1 hr 25 min draft/edit cross exam of MN Safety Director Kirsch |

| | | |
|---|---|---|
| 195 | 03/03/12 | 3 hr 15 min draft/edit cross exam of MN Safety Director Kirsch |
| 170 | 03/04/12 | 2 hrs 50 min draft/edit cross exam of MN Safety Director Kirsch |
| 125 | 03/06/12 | 2 hr 5 min draft/edit cross exam of MN OHS PA Ella |
| 80 | 03/07/12 | 1 hr 20 min draft/edit direct exam of Chris Silvera |
| 155 | 03/08/12 | 2 hr 35 min conf/prep with Silvera for direct examination |
| 55 | 03/08/12 | 55 min draft/edit cross exam of MN OHS Ella |
| 45 | 03/09/12 | 45 min draft/edit Amended Jury Instruction re Punitive Damages |
| 20 | 03/09/12 | 20 min draft/edit Request for Opening Statement |
| 200 | 03/10/12 | 3 hrs 20 min draft/edit Opening Statement |
| 155 | 03/11/12 | 2 hr 35 min prep of plaintiff AB for trial direct examination |
| 115 | 03/11/12 | 1 hr 55 min draft/edit plaintiff AB direct trial examination |
| 125 | 03/12/12 | 2 hr 5 min draft/edit trial direct exam of expert Gavalla |
| 155 | 03/12/12 | 2 hr 35 min preparation of expert Gavalla for trial direct examination |
| 100 | 03/12/12 | 1 hr 40 min final draft/editing direct exam of expert Gavalla |
| 160 | 03/13/12 | 2 hr 40 min final prep Exhibit Notebook and Motions in Limine for Final Pretrial Conf |
| 135 | 03/13/12 | 2 hr 15 min attendance at Final Pretrial Conference |
| 175 | 03/13/12 | 2 hr 55 min prep for Wagner cross exam and Gavalla testimony |
| 440 | 03/14/12 | 7 hr 20 min final prep for all trial witnesses, opening, MILs |
| 485 | 03/15/12 | 8 hrs 5 min attendance at court conducting first day of trial |
| 190 | 03/15/12 | 3 hr 10 min prep for cross exam of MN manager Kirsch, OHS Ella |
| 425 | 03/16/12 | 7 hrs 5 min attendance at court conducting second day of trial |
| 200 | 03/17/12 | 3 hr 20 min conference with AB preparation for direct and cross exam |
| 175 | 03/17/12 | 2 hr 55 min prep for direct exam of Gavalla |
| 85 | 03/18/12 | 1 hr 25 min final prep for cross exam of MN OHS PA John Ella |
| 45 | 03/18/12 | 45 min final prep for direct exam of Gavalla |
| 85 | 03/18/12 | 1 hr 25 min initial prep for closing argument |
| 45 | 03/18/12 | 45 min prep for final direct exam of Silvera |
| 425 | 03/19/12 | 7 hrs 5 min attendance at third day of trial |
| 190 | 03/19/12 | 3 hrs 10 min prep for cross exam of five MN witnesses |
| 410 | 03/20/12 | 6 hr 50 min attendance at fourth day of trial |
| 110 | 03/20/12 | 1 hr 50 min prep for cross exam of MN witnesses |
| 125 | 03/20/12 | 2 hr 5 min continued prep for closing argument |
| 560 | 03/21/12 | 9 hrs 20 min attendance at fifth day of trial and jury conference |
| 225 | 03/21/12 | 3 hr 45 min prep for closing argument |
| 430 | 03/22/12 | 7 hrs 10 min attendance at sixth day of trial, charge, summation, verdict |
| 15 | 03/27/12 | 15 min review of Judgment and initial Rule 54(d)((2) motion for atty fees and costs |
| 130 | 03/28/12 | 2 hrs 10 min research/initial drafting of Rule 54(d)(2) Motion with list of time and costs |
| 306 | 03/29/12 | 5 hrs 5 min research/drafting/editing Memo in Support of Rule 54(d)(2) Motion |
| 80 | 03/30/12 | 1 hr 20 min coordinating fee Affidavits from Garrison, Rosen, and Renner |
| 80 | 03/30/12 | 1 hr 20 min drafting/editing CCG Affidavit in support of Rule 54(d)(2) |
| 125 | 03/30/12 | 2 hrs 5 min final drafting/editing of Memo in Support of Rule 54(d)(2) Motion |
| 95 | 04/02/12 | 1 hr 35 min final editing for filing of Memo/CCG Affidavit/List of time/Costs |
| 17561 | | |

17,561 / 60 mins = 292.6 hrs x $550 = $160,930 + $21,037.50* = $181,967.50

Four Metro North FRSA cases (Barati, Ellis, Tagliatela, Santiago) consolidated by ALJ for discovery purposes:

TOTAL: 9,180 minutes = 153 hours x $550 = $84,150 attorney fees

*APPORTIONED: $84,150 divided by four = $21,037.50 apportioned to each case

LIST OF COMMON TIME AND LABOR EXPENDED ON FOUR METRO NORTH CONSOLIDATED CASES
(Barati, Tagliatela, Ellis, Santiago)

| | | |
|---|---|---|
| 420 | 09/10/09 | 7 hours drafting and editing Memo re Election of Remedies |
| 290 | 11/09/09 | 4 hr 50 min drafting, editing, filing entire JTM for OSHA, Complainants, & MN |
| 270 | 09/28/09 | 4.5 hours review of documents and prep for MN VP Bradley deposition |
| 250 | 10/17/09 | 4 hrs 10 mins drafting of Omnibus Memo re Medical Treatment, FELA, etc |
| 240 | 09/11/09 | 4 hours drafting and editing Motion to Compel Memo re Punitive Damages |
| 230 | 09/27/09 | 3 hrs 50 mins prep & drafting of MN Campbell deposition questions & exhibits |
| 230 | 10/02/09 | 3 hrs 50 mins final drafting and editing of Reply Memo re Punitive Damages |
| 210 | 09/13/09 | 3.5 hours research, drafting of Memo re Punitive Damages & Motion to Compel |
| 210 | 10/15/09 | 3.5 hrs preliminary draft Omnibus Memo re multiple legal issues in MN Motions |
| 180 | 09/08/09 | 3 hours research re Memo re Election of Remedies and Punitive damages |
| 180 | 09/23/09 | 3 hours research and drafting re FRSA legal standards and burden of proof |
| 180 | 10/01/09 | 3 hours deposition of MN Safety Chief Mark Campbell |
| 180 | 10/29/09 | 3 hrs attendance at deposition of OSHA Wigger |
| 170 | 10/16/09 | 2 hrs 50 min final drafting and editing of Election of Remedies in Omnibus Memo |
| 110 | 10/18/09 | 1 hr 50 mins drafting of Omnibus Memo re sum judgment & disputed facts |
| 170 | 11/06/09 | 2 hrs 50 min draft/editing of Joint Trial Memo: facts, exhibits, witnesses etc |
| 150 | 07/28/09 | 2.5 hours conference with DOL Solicitors and Supervisor Inv Mabee re ALJ trial |
| 150 | 09/14/09 | 2.5 hours drafting punitive damages Memo re Motion to Compel |
| 150 | 09/15/09 | 2.5 hrs [½ of 5 hrs] travel New Haven to Wash DC re mtg w DOL re FRSA legal issues |
| 150 | 09/16/09 | 2.5 hrs [½ of 5 hrs] travel Wash DC to New Haven re DOL mtg re FRSA legal issues |
| 150 | 09/17/09 | 2.5 hours drafting & editing Memo re MN Motion to Compel re punitive damages |
| 150 | 09/21/09 | 2.5 hours review of MN Manager Campbell interview trs and prep for deposition |
| 150 | 09/30/09 | 2.5 hrs preliminary review and analysis of six MN motions |
| 120 | 09/08/09 | 2 hours drafting Memo re Punitive Damages apply to Metro North |
| 120 | 09/15/09 | 2 hours meeting with DOL Solicitor Ellen Edmonds et al re FRSA legal issues |
| 120 | 09/18/09 | 2 hrs final editing of Motion and Memo re MN punitive damages |
| 120 | 09/25/09 | 2 hours review and analysis of MN deponent's exhibits |
| 130 | 09/29/09 | 2 hrs 10 min editing of questions and docs re final Campbell deposition |
| 120 | 10/01/09 | 2 hours deposition of MN Vice President HR Greg Bradley |
| 120 | 10/01/09 | 2 hours deposition of MN OHS Administrator Angela Pitaro |
| 120 | 10/29/09 | 2 hrs attendance at deposition of OSHA Mabee |
| 105 | 09/29/09 | 1 hr 45 min editing of questions and docs re final MN Bradley deposition |
| 105 | 09/30/09 | 1 hr 45 min final drafting and editing re Pitaro deposition and exhibits |
| 105 | 10/19/09 | 1 hr 45 min final editing of Omnibus Memo responding to all of MN motions |
| 90 | 09/15/09 | 1.5 hours preparation for DOL Solicitor General meeting re FRSA legal issues |
| 90 | 09/21/09 | 1.5 hrs review of MN Manager Pitaro depo trs and prep for deposition |
| 90 | 09/23/09 | 1.5 hours conf w OSHA Inv Wigger re four complainant facts & discovery |
| 90 | 09/24/09 | 1.5 hours preliminary identification and analysis of trial exhibits |
| 90 | 09/25/09 | 1.5 hours preparation for MN Bradley deposition |
| 80 | 09/25/09 | 1 hr 20 mins preparation for MN Campbell deposition |
| 80 | 10/20/09 | 1 hr 20 min review and indexing of MN Mark Campbell depo for trial purposes |
| 70 | 11/09/09 | 1 hr 10 min phone conf w DOL Temple, OSHA Mabee re JTM draft and editing |

| | | |
|---|---|---|
| 90 | 09/29/09 | 1.5 hrs review of doc and drafting re MN Pitaro deposition |
| 60 | 07/28/09 | 1 hr [½ of 2 hrs] travel to OSHA Region I HQ for conference with DOL solicitors |
| 60 | 07/28/09 | 1 hr [½ of 2 hrs] travel from OSHA Region I HQ for conference with DOL solicitors |
| 60 | 08/19/09 | 1 hour drafting & editing of First Set of Interg & Document Production |
| 60 | 09/05/09 | 1 hr outline of Motion to Compel re FRSA injuries & punitive damages |
| 60 | 09/09/09 | 1 hour editing Motion to Compel docs and interrogatories |
| 60 | 09/24/09 | 1 hour review of docs and preparation for MN Campbell deposition |
| 60 | 09/24/09 | 1 hour review of docs and preparation for MN Bradley deposition |
| 60 | 10/01/09 | 1 hr [½ of 2 hrs] travel to Manhattan for depositions of Campbell, Bradley, Pitaro |
| 60 | 10/01/09 | 1 hr [½ of 2 hrs] travel from Manhattan re depositions of Campbell, Bradley, Pitaro |
| 60 | 10/29/09 | 1 hr [½ of 2 hrs] travel to NYC for depositions of OSHA Wigger and Mabee |
| 60 | 10/29/09 | 1 hr [½ of 2 hrs] travel from NYC depositions |
| 60 | 10/30/09 | 1 hr phone conference with ALJ and parties re Motion to Vacate |
| 55 | 09/09/09 | 55 min drafting of punitive damages memo |
| 55 | 09/30/09 | 55 mins final drafting Bradley depo and exhibits |
| 55 | 10/16/09 | 55 mins drafting of Omnibus Memo responses to MN Motion issues |
| 55 | 10/21/09 | 55 min final editing of Omnibus Memo in response to MN motions |
| 55 | 10/27/09 | 55 min review and analysis of ALJ Motion to Compel Ruling |
| 55 | 11/06/09 | 55 min preliminary review of MN documents responding to Motion to Compel |
| 55 | 12/07/09 | 55 min phone conf w OSHA SOL & Inv re MN doc prod email & draft response |
| 55 | 12/22/09 | 55 min preparation for ALJ Phone Conference re MN document production |
| 50 | 10/19/09 | 50 min review of DOL Memo re Motion to Dismiss of Vacate |
| 50 | 12/12/09 | 50 min review of MN response re incident doc production, draft response |
| 45 | 08/06/09 | 45 min phone conf with DOL Temple, OSHA Mabee re conf w ALJ Geraghty/MN |
| 45 | 08/12/09 | 45 min prep regarding all issues to arise during phone conf with ALJ Geraghty |
| 45 | 08/17/09 | 45 min phone conf w OSHA Atty Temple and Inv Mabee prep for Initial Conf |
| 45 | 09/04/09 | 45 min phone conf w OSHA Solicitor & OSHA Inv Mabee re discovery |
| 45 | 09/11/09 | 45 min phone conf OSHA Supervisory Inv Mabee re medical treatment issue |
| 45 | 09/24/09 | 45 min review four OSHA case files documents re exhibits |
| 45 | 09/30/09 | 45 mins phone conf DOL Temple, OSHA Mabee & Wigger re six MN motions |
| 45 | 11/08/09 | 45 min draft of Joint Trial Memo |
| 45 | 11/10/09 | 45 min phone conference with ALJ regarding election of remedies and stay |
| 45 | 12/23/09 | 45 min phone conference with ALJ Geraghty re MN document production |
| 40 | 10/30/09 | 40 min phone conf w DOL Solicitor OSHA Investigator re doc prod and exhibits |
| 40 | 11/05/09 | 40 min phone conf w DOL Temple and OSHA Mabee re Joint Trial Memo |
| 35 | 08/07/09 | 35 min email and phone conf re preliminary inquiry with expert Larry Mann |
| 35 | 08/07/09 | 35 min email and phone conf re preliminary inquiry with expert George Gavalla |
| 35 | 08/12/09 | 35 min phone conf with DOL Atty Temple & OSHA Mabee re discovery & motions |
| 35 | 09/24/09 | 35 min draft and edit Notice of Deposition with documents re MN Bradley |
| 35 | 10/15/09 | 35 min conf w DOL, OSHA, & Complainants responding to MN depo dates |
| 35 | 10/27/09 | 35 min discussion with DOL Solicitor re MN Motion to Vacate merits |
| 35 | 10/31/09 | 35 min analysis of MN VP Bradley deposition testimony |
| 35 | 11/03/09 | 35 min drafting & editing letter objecting to MN's prop order re mot to compel |
| 35 | 11/06/09 | 35 min phone conf w DOL Temple and OSHA Mabee re JTM exhibits, witnesses |
| 30 | 08/12/09 | 30 drafting, editing of Joint Motion for Consolidation |
| 30 | 08/17/09 | 30 min phone Initial Conference with MN Atty Fineman, OSHA Temple, Mabee |
| 30 | 09/04/09 | 30 phone conf w MN Atty Fineman & DOL Atty re narrowing discovery & issues |

| | | |
|---|---|---|
| 30 | 09/23/09 | 30 min draft and edit Notice of Deposition with documents re MN Campbell |
| 30 | 09/24/09 | 30 min draft and edit Notice of Deposition with documents re MN Pitaro |
| 25 | 08/12/09 | 25 min phone conf w ALJ Geraghty, DOL Temple, MN Barnett/Fineman |
| 25 | 09/09/09 | 25 min phone conf OSHA Mabee and Solicitor Temple re election of remedies |
| 25 | 10/30/09 | 25 mins phone conf w MN & DOL re doc production per Motion to Compel |
| 25 | 12/14/09 | 25 min phone conf w OSHA Supervisory Inv & DOL attys re MN production |
| 20 | 09/02/09 | 20 min phone conf with OSHA Solicitor Temple and OSHA Inv Mabee re ALJ call |
| 20 | 09/15/09 | 20 min phone conf w ALJ Geraghty and MN attys re motion scheduling |
| 20 | 09/22/09 | 20 min phone conf w OSHA re FRSA standard of proof |
| 20 | 10/15/09 | 20 min review and analysis of DOL Memo re punitive damages |
| 20 | 10/15/09 | 20 min phone conf w DOL Temple re response to other MN motion issues |
| 20 | 10/23/09 | 20 min phone conf with ALJ re pending motion |
| 20 | 11/01/09 | 20 min preliminary outline of Joint Trial Memo |
| 20 | 11/12/09 | 20 min review and analysis of ALJ Order re stay based on election of remedies |
| 15 | 09/02/09 | 15 min phone status conf with ALJ Geraghty, Fineman, Temple, Mabee |
| 15 | 10/15/09 | 15 min phone conf w OSHA Supervisory Investigator Mabee re motion issues |
| <u>10</u> | 08/25/09 | 10 min phone conference with DOL Solicitor Edman re election of remedies |

9180

TOTAL: 9,180 minutes = 153 hours x $550 = $84,150 attorney fees
APPORTIONED: $84,150 divided by four = $21,037.50 apportioned to each case

03/27/2012 Barati v Metro North Railroad Company trial time records

**SEP**

| Minutes | | |
|---|---|---|
| 30 | 1/31/11 | .5 hrs review and revise R 26 a disclosure |
| 195 | 3/21/11 | 3.25 hrs prepare for R 37 conference, conduct conference, draft confirmatory email |
| 345 | 3/25/11 | 5.75 hours begin draft mem law in support mot compel |
| 210 | 3/28/11 | 3.5 hrs continue draft mem law in support mot compel |
| 255 | 3/29/11 | 4.25 hours review and revise mem law; draft affidavit, draft motion to compel |
| 45 | 4/13/11 | .75 hrs draft objection to motion for time |
| 210 | 4/14/11 | 3.5 hrs draft mem law second mot compel |
| 195 | 4/15/11 | 3.25 hrs review and revise mem law re second mot compel; draft mot compel |
| 195 | 4/29/11 | 3.25 hrs begin draft responses to Ds 33s; rev file re same |
| 135 | 5/2/11 | 2.25 hrs cont draft 33 respn and 34 resp |
| 180 | 5/4/11 | 3 hrs review file and reveiw and revise 33 and 34 resp; OC w. client |
| 135 | 5/20/11 | 2.25 hrs review MN objection to First Mot Compel begin draft reply memo |
| 210 | 5/23/11 | 3.5 hrs continue drafting reply mem in support first mot compel, review and revise same |
| 60 | 5/24/11 | 1.0 hrs review MN objection to Second Mot to compel begin drafting reply memo |
| 180 | 5/25/11 | 3 hrs continue drafting reply memo, review and revise same |
| 315 | 7/7/11 | 5.25 hrs prepare for Pellegrino and Murphy Depos |
| 630 | 7/8/11 | 10.5 hrs travel to Stamford and back; take Pellegrino and Murphy Depos |
| 225 | 7/12/11 | 3.75 hrs review file; prepare Rule 37 conference; TC w. client; OC with CG; begin draft supp responses |
| 180 | 7/26/11 | 3.0 hrs draft mot contempt and memo and research re: same and review and revise |
| 150 | 8/18/11 | 2.5 hrs draft reply memo re contempt; review mn objection |
| 45 | 8/21/11 | .75 hrs cont review and revise reply memo re sanctions |
| 300 | 8/22/11 | 5.0 hrs res re reply memo re sanctions; prior production review; revise reply memo 1.5 hrs begin draft facts re: expert disclosure 3.5 hrs |
| 120 | 8/23/11 | 2.0 hrs begin draft treating physician disclosure |
| 90 | 8/24/11 | 1.5 hrs continue draft treating physician disclosure review and revise same |
| 285 | 8/26/11 | 4.75 hrs create fact summary for expert |
| 405 | 9/6/11 | 6.75 hrs review file for Barati depo prep; depo prep |
| 375 | 9/15/11 | 6.25 hrs review file depo prep; OC with client |
| 150 | 9/16/11 | 2.5 hrs cont review file depo prep and begin draft supp rog answers |
| 330 | 9/19/11 | 5.5 hrs review file draft supp rog answers; create factual summary |
| 135 | 9/20/11 | 2.25 hrs cont draft supp rog answers review file re same |
| 330 | 9/21/11 | 5.5 hrs review and revise supp rog answers review file re same 2.0 hrs; travel to and from Waterbury 1.75 hrs; Meet with client 1.75 hrs |
| 285 | 9/22/11 | 4.75 hrs review file to prepare for deposition; OC w. George Gavalla |
| 450 | 9/23/11 | 7.5 hrs OC client; attend depo |
| 105 | 9/26/11 | 1.75 hrs draft Request to Admit and review and revise. |
| 210 | 10/4/11 | 3.5 hrs review file re: input for Gavalla; review MN RFP |
| 120 | 10/18/11 | 2.0 hrs draft 4th 34 review file re same |
| 165 | 11/1/11 | 2.75 hrs draft response to MN 34 attached to depo notice for Sue Barati |
| 135 | 11/2/11 | 2.25 hrs cont review and revise objections to Mrs. Barati depo 34s ; draft status report review and revise same |
| 15 | 11/3/11 | .25 hrs TC w. P |
| 45 | 11/10/11 | .75 hrs  Draft objection to RR second RFP dated Oct 11- review and revise same |

| | |
|---|---|
| 510 | 11/21/11  8.5 hrs prepare for Wagner depo review file re same |
| 495 | 11/22/11  8.25 hrs travel to and from deposition 2.75 hrs; prepare and attend depo 5.5 hrs. |
| 90 | 12/1/11  1.5 hrs TC Beck; TC  Jennifer Colline at Coles office; draft email re; settlement; draft Mot to extend JTM deadline |
| 270 | 12/29/11  4.5 hrs begin depo review for JTM |
| 150 | 12/31/11  2.5 hrs contin dep review - Pelligrino |
| 315 | 1/4/12  5.25 hrs dep review Wagner outline and exhibit selection |
| 225 | 1/5/12  3.75 hrs res and draft bench memo re: admissibility OSHA report 3.75 hrs |
| 90 | 1/6/12  1.5 hrs draft jury charge re: clear and convincing evidence: res re: same |
| 300 | 1/11/12  5.0 hrs draft JTM; jury charge; review file re: exhibits |
| 450 | 1/12/12  7.5 hrs continue working on JTM |
| 510 | 1/13/12  8.5 hrs continue working on JTM |
| 225 | 1/16/12  3.75 hrs draft ex parte continue work on JTM |
| 435 | 1/17/12  7.25 hrs attend settlement conference continue work on JTM |
| 255 | 1/19/12  4.25 hrs review MN Mot Limint re: Gavala; res re: same |
| 465 | 1/23/12  7.75 hrs prepare for pretrial conf; attend pretrial 6.0 hrs; prepare draft memo re: Economic Damages 1.75 hrs |
| 60 | 1/24/12  1.0 hrs OC w/GEORGE CAHILL re: strategy 1.0 hrs |
| 105 | 1/24/12  1.75 hrs draft supp jury charge re: congress intent FRSA review and revise same |
| 390 | 2/24/12  6.5 hrs review jury charge; res re: pretext and contributing factor and reatalitory motive |
| 210 | 2/27/12  3. 5 hrs cont res re: pretext; retaliatory motive |
| 270 | 3/1/12  4.5 hrs review and revise and draft addition memo in opp to MN charge retaliatory motive and pretext |
| 135 | 3/7/12  2.25 hrs RES re: punitive damages |
| 195 | 3/12/12  3.25 hrs RES re: expert testimony re traumatic injury; draft bench memo re: same . |
| 585 | 3/13/12  9.75 hrs total - RES re: business record; agency; admissions draft bench memo re: same 4.5 hrs; attend pretrial 2.5 hrs; begin RES re: SOX and FRSA emotional distress 2.75 hrs |
| 525 | 3/14/12  8.75 hrs cont RES re: emotional distress; compensatory damages draft sur reply memo re: emotional distress damages in FRSA |
| 420 | 3/15/12  7.0 hrs attend trial |
| 420 | 3/16/12  7.0 hrs attend trial |
| 540 | 3/19/12  9.0 hrs total - attend trial 7.0 hours; res re: rebuttal case 1.5 hrs; res re: supp charge draft supp charge .5 hr |
| 510 | 3/20/12  8.5 hrs total -attend trial 7.0 hrs; res: rebuttal evidence; revise verdict form 1.5  hrs |
| 420 | 3/21/12  7.0 hrs review jury charge, attend trial |
| 690 | 3/22/12  11.5 hrs review jury charge; attend trial |
| 90 | 3/27/12  1.5 hrs res re: attorneys fees |
| 18525 | |

18525 / 60 mins = 308.75 hrs x $375 = $115,781.25