# COSTS

**Barati v Metro North Railroad Company**
COSTS

| | | | |
|---|---|---|---|
| **Clerk, CT Dist Court Filing Fee:** | $350.00 | $350.00 | 11/08/10 |
| **Witness Fees:** | | | |
| John Ella-Testimony | $40.00 | | 02/13/12 |
| John Ella-Travel | $83.40 | | |
| Anne Kirsch-Testimony | $40.00 | | 02/13/12 |
| Anne Kirsch-Travel | $83.40 | | |
| John Wagner-Testimony | $40.00 | | 02/13/12 |
| John Wagner-Travel | $35.16 | | |
| Chris Silvera-Testimony | $40.00 | | 03/08/12 |
| Chirs Silvera-Travel | $78.87 | | |
| | | $440.83 | |
| **Depo Transcripts:** | | | |
| Sanders Gale & Russell Rptrs -Andrew Barati | $357.75 | | 11/06/09 |
| Sanders Gale & Russell Rptrs-Nick Pellegrino | $515.75 | | 08/22/11 |
| Sanders Gale & Russell Rptrs-John Wagner | $634.91 | | 03/01/12 |
| Legalink (Merrill Rptrs) CSO Mark Campbell | $588.41 | | 11/03/09 |
| Legalink (Merrill Rptrs) VP Gregory Bradley | $545.91 | | 11/03/09 |
| DelVecchio Rptrs-Andrew Barati Transcript | $625.20 | | 10/06/11 |
| | | $3,267.93 | |
| **Service of Process:** | | | |
| Williard Kemp-Trial subpoena for John Wagner | $76.00 | | 03/07/12 |
| Paragon Process Service-Trial subpoenas for John Ella | $80.00 | | 03/14/12 |
| Paragon Process Service-Trial subpoenas for Anne Kirsch | $80.00 | | 03/14/12 |
| | | $236.00 | |
| **Expert Fees:** | | | |
| George A. Gavalla-Retainer Fee | $1,000.00 | | 09/22/11 |
| George A. Gavalla-Balance | $9,130.27 | | *to be paid* |
| | | $10,130.27 | |
| | $14,425.03 | $14,425.03 | |

# Fees of the Clerk

**CAHILL GOETSCH & PERRY, P.C.**
43 TRUMBULL STREET
NEW HAVEN, CT 06510

© 2006 INTUIT INC. # 672  1-800-433-8810

TD BANK, N.A.
51-309/111

12465

11/08/2010

PAY TO THE
ORDER OF    Clerk, United States District Court                    $  **350.00

Three hundred fifty and 00/100******************************************************  DOLLARS

Clerk, United States District Court

MEMO    Complaint Filing fee - Andrew Barati vs. Metro-North Railroad.

⑈0⑈2⑈46⑈5⑈  ⑈:0⑈1⑈103093⑈:  0000536075⑈

---

11/08/2010    Clerk, United States District Court
CAHILL GOETSCH & PERRY, P.C.    Filing fee.

12465
350.00

PAYMENT RECORD

1010 CASH:CASH-NE   Complaint Filing fee - Andrew Barati vs. Metro-North Railroad.

350.00

588750 (11/09)

```
            RECEIPT FOR PAYMENT
            DISTRICT COURT OF
               CONNECTICUT
            NEW HAVEN DIVISION


                                    N031860
      ------------------------------------------
      RECEIVED FROM:

      CAHILL, GOETSCH & MAURER, PC
      43 TRUMBULL STREET
      NEW HAVEN, CT 06510
      ------------------------------------------

       Case Number: 3:10CV1756

      ------------------------------------------
      F/U/B/O:

      Party ID:

      Tender Type:        CHECK
      11-086400             $100.00

      Civil Filing Fee Part3

      Remarks:

      11-086900             $60.00

      Civil Filing-086900

      Remarks:
      11-510000             $190.00

      Civil Filing-510000

      Remarks: #12465, usdj JBA


      ------------------------------------------
        Subtotal:          $350.00
      ------------------------------------------

      Receipt Total:       $350.00
      ==========================================
      * Checks and drafts are accepted
      subject to collections and full
      credit will only be given when
      the check or draft has been
      accepted by the financial
      institution on which it was drawn.

       Date:    11/9/10
       Clerk:
                ------------------
                    RT
```

# Fees for Witness

# Cahill
# Goetsch
# & Perry, P.C.
### Attorneys At Law
www.trainlaw.com

Charles C. Goetsch, Esq.
Admitted in CT and NY
charlie@trainlaw.com

**CAHILL GOETSCH & PERRY, P.C.**

43 Trumbull Street
New Haven, CT 06510
Tel: 203-777-1000
Fax: 203-865-5904

New York Office
Chrysler Building
405 Lexington Avenue, 26th Floor
New York, NY 10174
Tel: (212) 453-7300

Boston Office
8 Faneuil Hall Marketplace, 3rd Floor
Boston, MA 02109
Tel: (617) 217-2920

PLEASE REPLY TO NEW HAVEN OFFICE

February 13, 2012

John Ella
MTA Metro-North Railroad
Occupational Health Services
420 Lexington Avenue
22nd Floor, Suite 2201
New York, NY 10017

Dear Mr. Ella:

You have been subpoenaed to testify in United States District Court in New Haven, Connecticut, on Monday, February 27, 2012, in the case of Barati v. Metro North Railroad, No. 3:10cv01756(JBA).  The trial judge is U.S. District Judge Janet Bond Arterton.  Her Courtroom is Courtroom #2 on the first floor of 141 Church Street.

You definitely will be called to testify on Monday, February 27th, so plan to arrive at the courthouse no later than 12:00 noon.  Failure to appear will result in a finding of contempt of court.

Enclosed is a check in the amount of $123.40 representing the statutory fee to testify.

Should you need to contact me, my email address is Charlie@trainlaw.com and cell is 203-376-0526.

Very truly yours,

Charles C. Goetsch

CCG/kml
Encl.



WARNING: DO NOT CASH THIS INTUIT® CHECKLOCK®   SECURITY   13425

**CAHILL GOETSCH & PERRY, P.C.**
43 TRUMBULL STREET
NEW HAVEN, CT 06510

TD BANK, N.A.
51-309/111

02/13/2012

PAY TO THE ORDER OF   John Ella                              $ **123.40

One hundred twenty-three and 40/100************************************************ DOLLARS

John Ella

MEMO   Trial testimony re: Barati vs. Metro-North Railroad.

⑆013425⑈ ⑆011103093⑈ 0000536075⑈

---

**CAHILL GOETSCH & PERRY, P.C.**   John Ella   **13425**
02/13/2012

Subpoena fee                                              123.40

1010 CASH:CASH-NE   Trial testimony re: Barati vs. Metro-North Railroad.   123.40

---

**CAHILL GOETSCH & PERRY, P.C.**   John Ella   **13425**
02/13/2012                                                  123.40

Subpoena fee

1010 CASH:CASH-NE   Trial testimony re: Barati vs. Metro-North Railroad.   123.40

PAYMENT RECORD







Rev. 10/10

# Cahill Goetsch & Perry, P.C.

Attorneys At Law

www.trainlaw.com

Charles C. Goetsch, Esq.
Admitted in CT and NY
charlie@trainlaw.com

**CAHILL GOETSCH & PERRY, P.C.**

43 Trumbull Street
New Haven, CT 06510
Tel: 203-777-1000
Fax: 203-865-5904

New York Office
Chrysler Building
405 Lexington Avenue, 26th Floor
New York, NY 10174
Tel: (212) 453-7300

Boston Office
8 Faneuil Hall Marketplace, 3rd Floor
Boston, MA 02109
Tel: (617) 217-2920

PLEASE REPLY TO NEW HAVEN OFFICE

February 13, 2012

Anne Kirsch
Metro North Railroad Company
347 Madison Ave, 11th Floor
New York, NY 10017

Dear Ms. Kirsch:

You have been subpoenaed to testify in United States District Court in New Haven, Connecticut, on Monday February 27, 2012, in the case of Barati v. Metro North Railroad, No. 3:10cv01756(JBA).   The trial judge is U.S. District Judge Janet Bond Arterton.  Her Courtroom is Courtroom #2 on the first floor of 141 Church Street.

You definitely will be called to testify on Monday, February 27th, so plan to arrive at the courthouse no later than 10:00 a.m.  Failure to appear will result in a finding of contempt of court.

Enclosed is a check in the amount of $123.40 representing the statutory fee to testify.

Should you need to contact me, my email address is Charlie@trainlaw.com and cell is 203-376-0526.

Very truly yours,

Charles C. Goetsch

CCG/kml
Encl.

WARNING: DO NOT CASH THIS IN TO A CheckLock - SECURE CHECK IF ANY FEATURES LISTED ON BACK INDICATE TAMPERING OR COPYING

13424

**CAHILL GOETSCH & PERRY, P.C.**
43 TRUMBULL STREET
NEW HAVEN, CT 06510

TD BANK, N.A.
51-309/111

02/13/2012

PAY TO THE
ORDER OF     Anne Kirsch                                    $  **123.40

One hundred twenty-three and 40/100************************************ DOLLARS

Anne Kirsch

MEMO      Trial testimony re: Barati vs. Metro-North Railroad.

Marilyn A. Dove

⑈013424⑈ ⑆011103093⑆     0000536075⑈

---

**CAHILL GOETSCH & PERRY, P.C.**      Anne Kirsch                    13424
            02/13/2012
                          Subpoena fee                              123.40

1010 CASH:CASH-NE   Trial testimony re: Barati vs. Metro-North Railroad.        123.40

---

**CAHILL GOETSCH & PERRY, P.C.**   Anne Kirsch                        **13424**
            02/13/2012
                          Subpoena fee                              123.40



1010 CASH:CASH-NE   Trial testimony re: Barati vs. Metro-North Railroad.        123.40





# Cahill
# Goetsch
# & Perry, P.C.
### Attorneys At Law
www.trainlaw.com

Charles C. Goetsch, Esq.
Admitted in CT and NY
charlie@trainlaw.com

**CAHILL GOETSCH & PERRY, P.C.**

43 Trumbull Street
New Haven, CT 06510
Tel: 203-777-1000
Fax: 203-865-5904

New York Office
Chrysler Building
405 Lexington Avenue, 26th Floor
New York, NY 10174
Tel: (212) 453-7300

Boston Office
8 Faneuil Hall Marketplace, 3rd Floor
Boston, MA 02109
Tel: (617) 217-2920

PLEASE REPLY TO NEW HAVEN OFFICE

February 24, 2012

John Wagner
5 Pocono Road
Norwalk, CT 06851

Dear Mr. Wagner:

You have been subpoenaed to testify in United States District Court in New Haven, Connecticut, on Thursday, March 15, 2012, in the case of <u>Barati v. Metro North Railroad</u>, No. 3:10cv01756(JBA). The trial judge is U.S. District Judge Janet Bond Arterton. Her Courtroom is Courtroom #2 on the first floor of 141 Church Street.

You definitely will be called to testify on Thursday, March 15th so plan to arrive at the courthouse no later than 10:00 a.m. Failure to appear will result in a finding of contempt of court.

Enclosed is a check in the amount of $75.16 representing the statutory fee to testify.

Should you need to contact me, my email address is <u>Charlie@trainlaw.com</u> and cell is 203-376-0526.

Very truly yours,

Charles C. Goetsch

CCG/kml
Encl.

13426

CAHILL GOETSCH & PERRY, P.C.
43 TRUMBULL STREET
NEW HAVEN, CT 06510

51-309/111

02/13/2012

PAY TO THE
ORDER OF    John Wagner                                              $ **75.16

Seventy-five and 16/100********************************************************* DOLLARS

John Wagner

MEMO    Trial testimony re: Barati vs. Metro-North Railroad.

⑈013426⑈ ⑆011103093⑈    0000536075⑈

---

CAHILL GOETSCH & PERRY, P.C.        John Wagner                    13426
          02/13/2012
                        Subpoena fee                                75.16

1010 CASH:CASH-NE   Trial testimony re: Barati vs. Metro-North Railroad.      75.16

---

          02/13/2012        John Wagner                            13426
CAHILL GOETSCH & PERRY, P.C.                                        75.16
                        Subpoena fee



1010 CASH:CASH-NE   Trial testimony re: Barati vs. Metro-North Railroad.      75.16

# Cahill Goetsch & Perry, P.C.
## Attorneys At Law
www.trainlaw.com

Charles C. Goetsch, Esq.
Admitted in CT and NY
charlie@trainlaw.com

CAHILL GOETSCH & PERRY, P.C.

43 Trumbull Street
New Haven, CT 06510
Tel: 203-777-1000
Fax: 203-865-5904

New York Office
Chrysler Building
405 Lexington Avenue, 26th Floor
New York, NY 10174
Tel: (212) 453-7300

Boston Office
8 Faneuil Hall Marketplace, 3rd Floor
Boston, MA 02109
Tel: (617) 217-2920

PLEASE REPLY TO NEW HAVEN OFFICE

March 8, 2012

Chris Silvera
23 Old North Road
Amenia, NY 12501

Dear Mr. Silvera:

You have been subpoenaed to testify in United States District Court in New Haven, Connecticut, on Friday, March 16, 2012, in the case of Barati v. Metro North Railroad, No. 3:10cv01756(JBA).  The trial judge is U.S. District Judge Janet Bond Arterton.  Her Courtroom is Courtroom #2 on the first floor of 141 Church Street.

You definitely will be called to testify on Friday, March 16th so plan to arrive at the courthouse no later than 9:00 a.m.  Failure to appear will result in a finding of contempt of court.

Enclosed is a check in the amount of $118.87 representing the statutory fee to testify.

Should you need to contact me, my email address is Charlie@trainlaw.com and cell is 203-376-0526.

Very truly yours,

Charles C. Goetsch

CCG/kml
Encl.



WARNING: DO NOT CASH THIS INTUIT® CheckLock™ SECURE CHECK IF ANY FEATURES LISTED ON BACK INDICATE TAMPERING OR COPYING

CAHILL·GOETSCH & PERRY, P.C.
43 TRUMBULL STREET
NEW HAVEN, CT 06510

13472

TD BANK, N.A.
51-509/111

03/08/2012

PAY TO THE
ORDER OF      Chris Silvera                                $  ***118.87

One hundred eighteen and 87/100**********************************************  DOLLARS

Chris Silvera

MEMO    Trial testimony re: Barati vs. Metro-North.

⑆013472⑈ ⑆011⑈103093⑈  000053607 5⑈

CAHILL GOETSCH & PERRY, P.C.    Chris Silvera
03/08/2012

Trial testimony re: Barati vs. Metro-North.

13472

118.87

Trial testimony

1010 CASH:CASH-NE   Trial testimony re: Barati vs. Metro-North.

118.87

Fees of court reporters for depo transcripts

SANDERS, GALE & RUSSELL

A DIVISION OF MORGILLO & FLYNN, LLC
PO BOX 1048
NEW HAVEN, CT  06504
TAX I.D. # 06-1332236

*Barati $337.75*
*Tagliatela $312.70*
*$670.45*

**Invoice**

| Date | Invoice # |
|------|-----------|
| 11/3/2009 | 34344s |

| Bill To |
|---------|
| CAHILL, GOETSCH & PERRY, P.C. |
| 43 TRUMBULL STREET |
| NEW HAVEN, CT 06511 |
| ATTN: CHARLES GOETSCH, ESQ |

| Terms |
|-------|
| Due on receipt |

| Description | Qty | Rate | Amount |
|-------------|-----|------|--------|
| BARATI vs. METRO-NORTH | | | 0.00 |
| OCTOBER 26, 2009 | | | 0.00 |
| DEPOSITION OF: ANDREW BARATI (125) | | | 0.00 |
|       RALPH TAGLIATELA (108) | | | |
| PAGES, 1 COPY | 233 | 2.50 | 582.50T |
| MINITRANSCRIPT | 2 | 25.00 | 50.00T |
| ASCII (NO CHARGE) | 1 | 0.00 | 0.00T |
| SHIPPING & HANDLING-1 PACKAGE | | 0.00 | 0.00T |
| CT. State Sales Tax | | 6.00% | 37.95 |

| **Total** | | | $670.45 |

| Phone # | Toll Free# | E-mail |
|---------|-----------|--------|
| (203) 624-4157 | (866) 966-GALE | sgr1@sbcglobal.net |

11692

670.45

670.45

PAYMENT RECORD

Deposition transcripts

CAHILL GOETSCH & PERRY, P.C.

1010 CASH:CASH-NE  Inv # 34344s) Barati (vs.-Metro-North.

572276 (11/08)

# Sanders, Gale & Russell

A Division 0f Morgillo & Flynn
437 Orange Street
New Haven, CT 06511
USA

Voice: 1-203-624-4157
Fax: 1-203-624-4462

# INVOICE

| Invoice Number: | 41042 |
| Invoice Date: | Jul 28, 2011 |
| Page: | 1 |

*Duplicate*

| Bill To: | Ship to: |
|---|---|
| Cahill,Goetsch & Perry<br>43 Trumbull Street<br>New Haven, CT 06511<br><br>Scott Perry, Esq | Cahill,Goetsch & Perry<br>43 Trumbull Street<br>New Haven, CT 06511 |

| Customer ID | Customer PO | Payment Terms |
|---|---|---|
| Cahill,Goetsch-2 | | Net 30 Days |

| Sales Rep ID | Shipping Method | Ship Date | Due Date |
|---|---|---|---|
| | US Mail | | 8/27/11 |

| Quantity | Description | Unit Price | Amount |
|---|---|---|---|
| | BARATI V METRO-NORTH R.R. | | |
| | JULY 8, 2011 | | |
| | DEPOSITION OF THOMAS J. MURPHY | | |
| 56.00 | ORIG & I COPY | 4.10 | 229.60 |
| | DEPOSITION OF NICK PELLEGRINO | | |
| 107.00 | ORIG & I COPY | 4.10 | 438.70 |
| 1.00 | ATTENDANCE | 95.00 | 95.00 |
| 1.00 | SHIPPING & HANDLING | 10.00 | 10.00 |

| | |
|---|---|
| Subtotal | 773.30 |
| Sales Tax | 49.10 |
| Total Invoice Amount | 822.40 |
| Payment/Credit Applied | 822.40 |
| **TOTAL** | **0.00** |

Check/Credit Memo No: 13073

TOLL FREE #
866-966-GALE

EMAIL:
SGR1@SBCGLOBAL.NET

PLEASE REMEMBER TO INCLUDE INVOICE
NUMBER ON CHECK

08/24/2011

Sanders, Gale & Russell                                              **822.40

Eight hundred twenty-two and 40/100********************************************************************************

Sanders, Gale & Russell
A Division of Morgillo & Flynn, LLC
437 Orange Street
New Haven, CT  06511

Inv # 41042; Barati v. MN

**08/24/2011**          **Sanders, Gale & Russell**

Deposition transcripts                                        822.40

**1010 CASH:CASH-NE**  Inv # 41042; Barati v. MN                822.40

**08/24/2011**          **Sanders, Gale & Russell**

Deposition transcripts                                        822.40

**1010 CASH:CASH-NE**  Inv # 41042; Barati v. MN                822.40

**Sanders, Gale & Russell**
A Division 0f Morgillo & Flynn
437 Orange Street
New Haven, CT  06511
USA

Voice:   1-203-624-4157
Fax:      1-203-624-4462

# INVOICE

| | |
|---|---|
| Invoice Number: | 42405 |
| Invoice Date: | Dec 1, 2011 |
| Page: | 1 |

*Duplicate*

| Bill To: | Ship to: |
|---|---|
| Cahill,Goetsch & Perry<br>43 Trumbull Street<br>New Haven, CT  06511<br><br>Scott Perry, Esq | Cahill,Goetsch & Perry<br>43 Trumbull Street<br>New Haven, CT  06511 |

| Customer ID | Customer PO | Payment Terms | |
|---|---|---|---|
| Cahill,Goetsch-2 | | Net 30 Days | |
| Sales Rep ID | Shipping Method | Ship Date | Due Date |
| | US Mail | | 12/31/11 |

| Quantity | Description | Unit Price | Amount |
|---|---|---|---|
| | BARATI V METRO NORTH | | |
| | NOVEMBER 22, 2011 | | |
| | DEPOSITION OF JOHN WAGNER | | |
| 120.00 | ORIG & I COPY | 4.10 | 492.00 |
| 1.00 | ATTENDANCE | 95.00 | 95.00 |
| 1.00 | SHIPPING & HANDLING | 10.00 | 10.00 |

| | |
|---|---|
| Subtotal | 597.00 |
| Sales Tax | 37.91 |
| Total Invoice Amount | 634.91 |
| Payment/Credit Applied | |
| **TOTAL** | **634.91** |

Check/Credit Memo No:

TOLL FREE #
866-966-GALE

EMAIL:
SGR1@SBCGLOBAL.NET

PLEASE REMEMBER TO INCLUDE INVOICE
NUMBER ON CHECK



13460

634.91

Rev. 1/010

CAHILL GOETSCH & PERRY, P.C. Sanders, Gale & Russell
03/01/2012
Deposition transcripts

**P A Y M E N T   R E C O R D**

634.91

1010 CASH:CASH-NE   Inv # 42105; Barath

008721

6/2/201 (3/11)

# LEGALINK, INC.

MERRILL LEGAL SOLUTIONS

25 W 45th Street, Suite 900
New York, New York 10036

Phone: (212) 557-7400
Fax: (212) 692-9171

# INVOICE

| INVOICE NO. | INVOICE DATE | JOB NUMBER |
|---|---|---|
| 18148594 | 10/27/2009 | 1801-121265 |

| JOB DATE | REPORTER(S) | CASE NUMBER |
|---|---|---|
| 10/01/2009 | FINZJA | |

| CASE CAPTION |
|---|

Andrew Barati, et al. vs. Metro-North Commuter Railroad

**TERMS**

**Immediate, sold FOB Merrill facility**

Charles C. Goetsch, Esq.
Cahill Goetsch & Perry, P.C.
43 Trumbull Street
New Haven, CT 06510

| | | | |
|---|---|---|---|
| ORIGINAL AND 1 COPY OF TRANSCRIPT OF: | | | |
| ✓ Mark Campbell  $588.41 | 131 Pages @ | 4.25/Page | 556.75 |
| ATTENDANCE | | | 80.00 |
| ORIGINAL AND 1 COPY OF TRANSCRIPT OF: | | | |
| ✓ Gregory Bradley  $545.91 | 121 Pages @ | 4.25/Page | 514.25 |
| ORIGINAL AND 1 COPY OF TRANSCRIPT OF: | | | |
| Angela Pitaro | 56 Pages @ | 4.25/Page | 238.00 |
| Packaging and Handling | | | 15.00 |

**TOTAL   DUE   >>>>      1,404.00**

PLEASE SEND REMITTANCE TO:

LegaLink, Inc.
P.O. Box 277951
Atlanta, GA 30384-7591

For your convenience, Merrill Legal Solutions now accepts Visa/Mastercard.

Please Note our New Tax ID Number is 20-2665382.

TAX ID NO.: 20-2665382                    (203) 777-1000    Fax (203) 865-5904

*Please detach bottom portion and return with payment.*

Charles C. Goetsch, Esq.
Cahill Goetsch & Perry, P.C.
43 Trumbull Street
New Haven, CT 06510

Invoice No.:  18148594
Date      :  10/27/2009
**TOTAL DUE**  :    1,404.00

Job No.   :  1801-121265
Case No.  :
Andrew Barati, et al. vs. Metro-Nort

Remit To:   LegaLink, Inc.
PO Box 277951
Atlanta, GA 30384

**CAHILL GOETSCH & PERRY, P.C.** Legalink, Inc.

11681

1,404.00

Depositions

PAYMENT RECORD

1010 CASH:CASH-NE  Invoice No. 18148594, Barati, et al. vs. Metro-North Railroad.

1,404.00

572276 (11/08)

# INVOICE

## Del Vecchio Reporting Services, LLC

*Professional Shorthand Reporters*
117 Randi Drive
Madison, Connecticut 06443
(203) 245-9583

*Please refer to invoice number when remitting.*

**INVOICE #** ___22748___

October 3, 2011

TO: SCOTT E. PERRY, ESQ.
    CAHILL, GOETSCH & PERRY, PC
    43 Trumbull Street
    New Haven, Connecticut 06510
    (203)777-1000  (203)865-5904
    scott@trainlaw.com

RE: Andrew Barati vs Metro-North Commuter Railroad
    Deposition of Andrew Barati taken on Sptember 23, 2011

TRANSCRIPTS:

| | |
|---|---:|
| 1 COPY | $ 545.00 |
| COMPRESSED-FORMAT TRANSCRIPT | 35.00 |
| POSTAGE | 7.05 |
| SUBTOTAL | $ 587.05 |
| TAX | 38.15 |
| TOTAL | $ 625.20 |

EIN 06-1464733

REPORTER:  KIMBERLY M. WHITE, CSR, LIC#: SHR.433

All invoices shall be due upon receipt. Invoices will be considered past due thirty (30) days after the invoice date. Past due amounts are subject to a 1.50% monthly finance charge. We also reserve the right to add collection costs to late payments. Fees all inclusive

10/06/2011

Del Vecchio Reporting Services, LLC                                              **625.20

Six hundred twenty-five and 20/100*********************************************************************************

Del Vecchio Reporting Services, LLC
117 Randi Drive
Madison, CT  06443

Inv #22748.  Barati vs. Metro-North.

**10/06/2011**          **Del Vecchio Reporting Services, LLC**
                                      Deposition transcript                                              625.20

**1010 CASH:CASH-NE**  Inv #22748.  Barati vs. Metro-North.                          625.20

**10/06/2011**          **Del Vecchio Reporting Services, LLC**
                                      Deposition transcript                                              625.20

**1010 CASH:CASH-NE**  Inv #22748.  Barati vs. Metro-North.                          625.20

Fees for service of subpoenas

# Kemp

Willard Kemp
P.O. Box  112170
STAMFORD, CT  06911-2170

(203)253-0139
bill@kemprecovery.com

# Invoice

| Date | Invoice # |
|------|-----------|
| 03/01/2012 | 1052 |

| Terms | Due Date |
|-------|----------|
| Due on receipt | 03/01/2012 |

| Bill To |
|---------|
| Atty. Charles C. Goetsch<br>Cahill, Goetsch & Perry, PC<br>43 Trumbull St<br>New Haven, Ct  06510-1059 |

| Amount Due | Enclosed |
|------------|----------|
| $76.00 | |

Please detach top portion and return with your payment.

| Activity | Amount |
|----------|--------|
| • Subpena<br>John Wagner<br>5 Pocono Road<br>Norwalk, Ct | 30.00 |
| • Travel  6x's | 41.20 |
| • Pages | 4.00 |
| • Endorsements | 0.80 |
| **Total** | **$76.00** |

Thank You



**13471**
76.00

76.00

Rev 10/10

CAHILL GOET SCH & PERRY, P.C.   Willard Kemp
03/07/2011

Service of Subpoena

PAYMENT RECORD

1010 CASH:CASH-NE   Service of Subpoena on John Wagner.

008721

6092011 (3/11)

# *Paragon Process Service, Inc.*

233 Broadway, Suite 1806 • New York, NY 10279

Tel: (212) 962-0911

| TO | |
|----|---|
| | *Cahill Goetsch & Perry*<br>*43 Trumbull Street*<br>*New Haven, CT 06510*<br>*Attn: Charles D. Goetsch* |

*Date:  2/24/12*

| Date | | | Amount |
|------|---|---|--------|
| ==== | | | ========= |
| *2/17* | *Andrew Barati*<br>*#10CV01756-JBA* | *Metro North Railroad Company*<br>*(John Ella)* | *80.00* |
| *2/17* | *Andrew Barati*<br>*#10CV01756-JBA* | *Metro North Railroad Company*<br>*(Anne Kirsch)* | *80.00* |

===============================================================

*Total Amount due:*                                                             *160.00*

=========

13491

160.00

160.00

Rev 10/10

**PAYMENT RECORD**

CAHILL GOETSCH & PERRY, P.C.
Paragon Process Service, Inc.
Service of Complaint
Trial Subpoena
03/14/2012

1010 CASH:CASH-NE 2/17/12 Andrew Barati

008721

6/02/01 (3/11)

# Fees for Experts

# Invoice

### George A. Gavalla
11 Cherry Hill Road
Norwich, CT. 06360
Tel. 860-886-8104
Fax 860-204-9129

· · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · ·

**Billed To:**     Cahill, Goetsch and Perry, PC
43 Trumbull Street
New Haven, CT 06510

**Date:**     March 23, 2012

**Services Rendered:**     Safety Analysis & Report by George A. Gavalla

*Re: Andrew Barati v. Metro North Railroad Company, Civil Action*
*No: 3:10CV01756 in the United States District Court District of*
*Connecticut*

**Billing Period:**     From: September 15, 2011; To: March 23, 2012

**Rate:**     $200 per hour for investigative and consulting services
$100 per hour for travel time
$250 per hour for trial and deposition testimony and preparation

································································································

## Itemized Time and Charges

**Hourly Fees:**

| Date | Time | Charges | Summary of Activities |
|---|---|---|---|
| 9/28/2011 | 8.5 Hrs | $1,700 | Review, analyze and annotate OSHA Complaint, Interview, Exhibits and Findings; MN Incident Investigation Reports, Discipline Hearing Transcript, Depositions of Barati, Pelegrino and Murphy; Barati Statement, MN Discipline file. |
| 9/29/2011 | 3.0 Hrs | $ 600 | Depositions of Bradley & Campbell, OSHA |

|  |  |  | Hearing Transcript Re: Bradley & Campbell |
| 9/30/2011 | 7.5 Hrs. | $1,500 | Review, analyze and annotate MN Track Worker Training program, Incident Investigation Manual, ICP, OP Rules, Safety Rules, 49 CFR Part 225, ICP Final Rule and Preamble, FRA Accident Reporting Guide, House T&I Report, Boardman Statement, FRA CSX Report |
| 10/1/2011 | 8.0 Hrs | $1,600 | Begin Drafting Safety Analysis Report |
| 10/3/2011 | 7.5 Hrs | $1,500 | Continue Drafting Safety Analysis Report |
| 10/4/2011 | 1.5 Hrs | $ 300 | Complete Safety Analysis Report |
| 12/19/2011 | 2.0 Hrs. | $ 400 | Read, analyze and annotate Wagner Deposition |
| 3/12/2011 | 3.0 Hrs | $ 600 | Review materials for trial preparation |
| 3/19/2011 | 2.0 Hrs | $ 400 | Review materials for trial preparation |
| 3/20/2011 | 2.0 Hrs. | $ 200 | Travel to trial and return; Travel Time @ $100/hr. |
| 3/20/2011 | 5.0 Hrs | $1,250 | Attend and Testify at Trial: Trial Time @ $250/hr |

| **Total Hourly Fees** | **$10,050.00** |

**Expenses:**

| 3/20/2011 | $ 80.27 | Drive to Court House & Return 114 mi. @ $.555/mi. = $63.27; parking $17.00 |

| **Total Expenses:** | **$ 80.27** |

Total Fees and Expenses:    $ 10,130.27

Payments Received:          ($ 1,000.00)

Balance Due:                $ 9,130.27

Please remit payment to:    George Gavalla
                            11 Cherry Hill Road
                            Norwich, CT 06360



1,000.00   13129

1,000.00

Rev 10/10

PAYMENT
RECORD

CAHILL GOETSCH & PERRY, P.C.   George A. Gavalla

1010 CASH:CASH-NE   retainer fee for Larry Ellis

R. Andrew Barat,

008721

609201 (3/11)